[No. 12362-2-II. Division Two. May 20, 1991.]

*In the Matter of the Marriage of* SHELBY K. PAPAC,
*Appellant, and* PETE PAPAC,
*Respondent.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 86-3-00484-0, David E. Foscue,
J., entered September 30, 1988. *Affirmed in part* and

*remanded* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Morgan, J.